UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON CHARLES DANIEL, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RIVERSIDE COUNTY, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. ED CV 10-262-AHM (PJW) <br><br> J U D G M E N T |

For the reasons set forth in the Order filed this day, it is hereby adjudged that the action is dismissed.

DATED: March 11, 2010.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED10CV00262AHM-J.wpd